# Court of Appeals
# of the State of Georgia

ATLANTA, __April 19, 2017__

*The Court of Appeals hereby passes the following order:*

**A17A1455.  POWELL v. THE STATE.**

Appellant Michael Powell failed to comply with the notice of docketing mailed by the Supreme Court of Georgia and with Supreme Court Rule 10, regarding the filing of an enumeration of errors and brief within twenty days after the date docketing, January 24, 2017. The appellee filed a motion to dismiss on this basis. On February 27, 2017, the Supreme Court of Georgia transferred the appeal to this Court. As of this date, the appellant has not filed, either in the Supreme Court or in this Court, a response to the motion filed by the appellee, nor has the appellant filed an enumeration of errors and brief. As it appears that Powell has abandoned his appeal, the appellee's motion to dismiss is hereby GRANTED. Court of Appeals Rules 7 (e), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/19/2017__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*